WESTERN DIST. ARKANS..S
**F I L E D**

AUG 2 9 1990

CHRIS R. JOHNSON, Clerk
By *Jane Wright*
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LARRY MILTON, et al                    PLAINTIFFS

VS.                    NO.  88-1142

BILL CLINTON, et al                    DEFENDANTS

### MOTION OF SEPARATE DEFENDANT, CAMDEN HOUSING AUTHORITY, TO DISMISS THE CROSS CLAIM OF THE FAIRVIEW SCHOOL DISTRICT

Comes the separate Defendant, Camden Housing Authority, by and through its attorneys, Kinard, Crane and Butler, P. A., and for its Motion to Dismiss the Cross Claim of the Fairview School District, would state:

I.

The Fairview School District lacks standing to cross claim against this Defendant since no case or controversy yet exists.

II.

The Fairview School District cannot assert the rights of third parties, i.e., the Plaintiffs under Article III of the United States Constitution and Rule 17 of the Federal Rules of Civil Procedure.

III.

The Fairview School District lacks standing under Rules 13 (g) of the Federal Rules of Civil Procedure to cross

claim against this Defendant. There exists no claim by the Fairview School District against the Camden Housing Authority arising out of the transaction or occurrence that is the subject matter of the original complaint against the Defendants as required by Rule 13 (g) of the Federal Rules of Civil Procedure.

IV.

The Defendant, Camden Housing Authority, hereby adopts the Memorandum Brief of Defendant, Camden School District #35, filed herein on August 8, 1990, in support of its Motion to Dismiss Cross-Claim and Plaintiff's Memorandum in Support of Defendant's Motion to Dismiss, which has just recently been filed with the Court.

WHEREFORE, the separate Defendant, Camden Housing Authority, requests that Fairview School District's Cross Claim be dismissed; that Fairview School District continue to be named a Defendant herein; and for all other proper relief.

Respectfully submitted,

Board of Commissioner of the
Camden Housing Authority

BY: _____
Mike Kinard
Kinard, Crane & Butler, P. A.
P. O. Box 727
Magnolia, Arkansas  71753
(501) 234-4727
Arkansas Bar #66036

## CERTIFICATE OF SERVICE

I, Mike Kinard, Attorney for Defendant, Camden Housing Authority, herein, certify that a copy of the foregoing Motion to Dismiss has been served upon all attorneys of record as listed below, by mailing same with sufficient postage affixed on this ⊃8ᵀᴴ day of August, 1990.

Mr. John Walker
Attorney at Law
1723 Broadway Street
Little Rock, AR  72206

Mr. Allen P. Roberts
Attorney at Law
P. O. Box K
Camden, AR  71701

Mr. P. A. Hollingsworth
Attorney at Law
415 Main Street
Little Rock, AR  72201

Mr. Dan Bufford
Attorney at Law
One Spring Street, Suite 300
Little Rock, AR  72201

Mr. William I. Prewett
Ms. Carol C. Anthony
Attorneys at Law
P. O. Drawer 1917
El Dorado, AR  71731

Ms. Mary B. Stallcup
Deputy Attorney General
200 Tower Building
4th and Center Streets
Little Rock, AR  72201

Mr. Hayes C. McClerkin
Attorney at Law
State Line Plaza, Suite 6
Texarkana, AR  75502

Ms. Janet L. Pulliam
Attorney at Law
111 Center Street, Suite 110
Little Rock, AR  72201

Ms. Stacy M. Van Ausdall
Deputy Attorney General
200 Tower Building
4th & Center Streets
Little Rock, AR  72201

Ms. Sharon C. Street
Arkansas Dept. of Education
#4 State Capitol Mall
Room 305 A
Little Rock, AR  72201

Mr. V. Benton Rollins
Attorney at Law
143 Jackson Street
Camden, AR  71701

Mike Kinard