IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LARRY MILTON, ET AL — PLAINTIFFS

VS. — NO. 88-1142

BILL CLINTON, ET AL — DEFENDANTS

## CONSENT ORDER

Larry Milton, on behalf of himself and infants Shanna Milton and Shana Milton, Dr. Willie D. Harris, on behalf of himself and infant Mark Neil, Bobbie Ray Cheeks, on behalf of infant Bobbie Ray, Jr., Dr. Lee Nayles, on behalf of himself and infant Jon Nayles, the Board of Education of the Camden, Arkansas School District No. 35, the Board of Education of the Fairview School District No. 16 and the Board of Education of the Harmony Grove School District No. 1, for their resolution of this action pending in the United States District Court for the Western District of Arkansas, El Dorado Division, hereby request the approval by the Court and entry of the following by Consent Order:

I. HARMONY GROVE.

A. Harmony Grove will immediately expand its school board by two according to state law. Harmony Grove will appoint two blacks who are qualified under state law to those vacancies. The two blacks appointed will be approved in writing in advance by counsel for the plaintiffs herein. The

two blacks so appointed shall serve until the regular school election in 1992.

B. No later than July 1, 1991 Harmony Grove will submit to the plaintiffs for approval a single member district system of electing board members. the system shall provide for seven board members to be qualified and elected according to state law. The system shall comply with the Voting Rights Act in regard to proportionate representation for blacks and to the one man one vote requirements of the Fourteenth Amendment to the United States Constitution. If the plaintiffs and Harmony Grove do no agree on the districts, the matter will be submitted to the Court for determination.

C. Harmony Grove shall maintain an open admission policy in regard to non-resident black students. Harmony Grove shall not permit the transfer of white students from Fairview into the district without the written permission of Fairview. Acceptance of transfer students by Harmony Grove is subject to existing space and transfer limitations. Harmony Grove will also refrain from engaging in any other act or conduct tending directly or indirectly to have a segregative impact in the Fairview School District. Any student transferring to Harmony Grove in compliance with this order and other legal requirements will be immediately eligible for all school activities without any of the limitations imposed by A.C.A. §6-18-206.

D. The consolidated Camden-Fairview School District and the Harmony Grove School District, both defendants in this litigation, are desirous of avoiding further litigation and controversy. While both of these school districts are separate and autonomous and intend to operate independently in exercising governmental authority, these two districts agree that further costly litigation can be avoided by interdistrict agreements. These agreements include but are not limited to the following:

1. Both school districts shall refrain from adopting student assignment plans or programs that have an interdistrict segregative effect on either district.

2. Both districts agree to work cooperatively to create interdistrict policies and programs to end the ravages of segregation.

E. Harmony Grove agrees that this Court will retain jurisdiction to supervise all aspects of this and subsequent orders of this Court until such time as this Court issues a declaration of unitary status.

IT IS SO ORDERED.

U. S. DISTRICT COURT
WESTERN DIST. ARKANSAS
FILED

NOV 27 1990

CHRIS R. JOHNSON, Clerk
By Jane Cartwright
Deputy Clerk

Oren Harris
United States District Judge

Nov. 27, 1990
Date

P.S. The above Consent Order jointly approved by the Fairview School District No. 16, Camden School District No. 35, and Harmony Grove School District No. 1, together with respective attorneys and school superintendents of each district which are in the process of changes in this action, is tentatively accepted by the Court subject to response of Harmony Grove presenting to the Court recommendations of the proposed single zones of the school district as related hereinabove.

OH

APPROVED:

FAIRVIEW SCHOOL DISTRICT NO. 16

By: ______________________
George Branch, Superintendent

By: ______________________
Carol Crafton Anthony
Attorney for Fairview

CAMDEN SCHOOL DISTRICT NO. 35

By: ______________________
Jerry Daniel, Superintendent

By: ______________________
Janet L. Pulliam
Allen P. Roberts
Attorneys for Camden

HARMONY GROVE SCHOOL DISTRICT NO. 1

By: ______________________
Carlos Price, Superintendent

By: ______________________
Hayes C. McClerkin
Attorney for Harmony Grove

LARRY MILTON, ET AL, PLAINTIFFS
By: ______________________
John W. Walker
Attorney for Plaintiffs