AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| LARRY MILTON, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:88-cv-01142-SOH |
| MIKE HUCKABEE, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Camden-Fairview School District No. 16

Date:  03/23/2023

*Attorney's signature*

Christopher Heller (Ark. Bar No. 81083)
*Printed name and bar number*

Friday, Eldredge & Clark, LLP
400 W. Capitol Avenue, Suite 2000
Little Rock, AR 72201

*Address*

Heller@fridayfirm.com
*E-mail address*

501-370-1506
*Telephone number*

501-244-5344
*FAX number*