IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LARRY MILTON, *et al.*     PLAINTIFFS

v.     Case No. 1:88-cv-1142

MIKE HUCKABEE, *et al.*     DEFENDANTS

AND

DOUGLAS LANCASTER, *et al.*     PLAINTIFFS

v.     Case No. 1:09-cv-1056

DR. JERRY GUESS, in his capacity as
Superintendent of Camden-Fairview School
District No. 16, *et al.*     DEFENDANTS

**ORDER**

    Before the Court is a Motion to Clarify Deadline and for Expedited Consideration. ECF No. 345.[1] On April 5, 2023, the Court entered an order (ECF No. 344) setting a deadline for Camden-Fairview School District ("CFSD") to respond to the State's Motion to Terminate Continued Supervision (ECF No. 330). The order stated, "Camden-Fairview School District shall file its response on or before May 3, 2023." ECF No. 344. The State asks that the Court "revise its order to reflect the original, agreed-upon deadline," which the State maintains is April 12, 2023. ECF No. 345, at 3. The Court, not the parties, sets deadlines for responding to motions. The Court set a deadline that it deemed appropriate, May 3, 2023. Thus, CFSD has until this date to respond to the motion. CFSD can choose to respond earlier if time permits, but it must file a response no later than May 3, 2023. The State's Moton to Clarify Deadline and for Expedited Consideration (ECF No. 345) is **DENIED**.

    **IT IS SO ORDERED**, this 10th day of April, 2023.

                                                                /s/ Susan O. Hickey
                                                                 Susan O. Hickey
                                                                 Chief United States District Judge

---

[1] All docket numbers cited in this Order refer to *Milton v. Huckabee*, No. 1:88-cv-1142, the case in which the motions at issue have been filed.