IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LARRY MILTON, *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS

v.　　　　　　　　　　Case No. 1:88-cv-01142

MIKE HUCKABEE, *et al.*　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

AND

DOUGLAS LANCASTER, *et al.*　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS

v.　　　　　　　　　　Case No. 1:09-cv-01056

DR. JERRY GUESS, in his capacity as
Superintendent of Camden-Fairview School
District No. 16, *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

**ORDER**

　　　Before the Court is a Motion to Terminate Continued Supervision filed by the "State Defendants."[1] ECF No. 330. Pursuant to Fed. R. Civ. P. 60(b)(5), the State Defendants move "to terminate paragraph 1(C) of the Consent Order entered November 27, 1990, as modified by this Court's Order of July 26, 2010."[2] *Id.* Plaintiffs Terry Alexander, Bobbie Ray Cheeks, Willie D. Harris, and Larry Milton filed a response in opposition. ECF No. 336. Camden-Fairview School District ("CFSD") also opposes the motion. ECF No. 348. The State Defendants filed a reply in support of their motion without first obtaining leave from the Court to do so. ECF No. 351. The Court finds the matter ripe for consideration.

　　　The State Defendants seek to terminate the provision in the 1990 Consent Order which creates a restriction on the transfer of white children from CFSD to Harmony Grove School

---

[1] It is unclear to the Court what entities make up the "State Defendants" (*i.e.*, the State of Arkansas, the State Board of Education, and/or the Arkansas Department of Education).
[2] The Court's 2010 Order is found in *Lancaster, et al. v. Guess, et al.*, Case No. 1:09-cv-01056, ECF No. 19.

District. The State Defendants declare that they are defendants in this action, yet CFSD asserts that the "State has been dismissed from this case." ECF No. 349, p. 10. Without clarification, the Court cannot conduct a proper analysis of the arguments before it.

Thus, the Court finds that the Motion to Terminate Continued Supervision (ECF No. 330) should be and hereby is **DENIED**. The State Defendants are hereby directed to submit a brief evidencing its role in the case within thirty (30) days of the date of this Order. Plaintiffs and CFSD will have thirty (30) days to respond. The Court will entertain a renewed motion for relief at a later date once the State Defendants' role has been clarified.

**IT IS SO ORDERED**, this 29th day of March, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge