IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| **LARRY MILTON,** *et al.* | | **PLAINTIFFS** |
| v. | No. 1:88-cv-1142 SOH | |
| **MIKE HUCKABEE,** *et al.* | | **DEFENDANTS** |
| | AND | |
| **DOUGLAS LANCASTER,** *et al.* | | **PLAINTIFFS** |
| v. | No. 1:09-cv-1056 | |
| **DR. JERRY GUESS,** in his capacity as Superintendent of Camden-Fairview School District No. 16, *et al.* | | **DEFENDANTS** |

## PLAINTIFFS' MOTION TO ADOPT RESPONSE REGARDING STATUS OF STATE DEFENDANTS

Pursuant to FRCP 10(c), Larry Milton, et al. ("Plaintiffs") move to adopt the Response Regarding Status of State Defendants filed by Camden-Fairview School District (CFSD):

1. CFSD's response was filed on May 29, 2024. The arguments and relief requested by CFSD are equally applicable and relevant to Plaintiffs.

2. Therefore, pursuant to FRCP 10(c), Plaintiffs move to adopt by reference CFSD's response.

WHEREFORE, Plaintiffs respectfully pray that the Court grant their motion to adopt the Response Regarding Status of State Defendants and grant all other proper relief.

Respectfully submitted,

WALKER & CHILDS, PLLC
1815 S. State Street
Little Rock, Arkansas 72206

501-287-8680 (Telephone)
501-222-8872 (Facsimile)
Email: schilds@walkerandchilds.com

  Shawn G. Childs
Shawn G. Childs, Bar No. 99058


ATTORNEY FOR PLAINTIFFS